# United States District Court

Western District _____ DISTRICT OF Pennsylvania

Todd Trushel and Sandy Trushel, Individually, and Todd Trushel and Sandy Trushel, t/d/b/a Corinthian Stables

V.

Agway, Inc., A Delaware Corporation

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 01-123 ERIE

TO: (Name and Address of Defendant)

Agway Inc.
A Delaware Corporation
1515 Market Street
Suite 1210
Philadelphia, PA 19102

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

D. Scott Lautner, Esquire
68 Old Clairton Rd.
Pittsburgh, PA 15236

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

_____  April 9, 2001
CLERK                       DATE

_____
BY DEPUTY CLERK

# ALLEGHENY COUNTY SHERIFF'S DEPARTMENT
### 436 GRANT STREET
### PITTSBURGH, PA 15219-2496
### PHONE (412) 350-4700
### FAX (412) 350-6388

MD1-84

**PETER R. DEFAZIO**
Sheriff

**DENNIS SKOSNIK**
Chief Deputy

PLAINTIFF: Todd Trushel and Sandy Trushel, Individually, and Todd Trushel and Sandy Trushel, t/d/b/a Corinthian Stables

CASE #: 01-123 ERIE

EXPIRES:

DEFT.: Agway, Inc., A Delaware Corporation

DEFT.: ___
DEFT.: ___

☒ SUMMONS/PRAECIPE
☐ SEIZURE OR POSSESSION
☐ NOTICE AND COMPLAINT
☐ REVIVAL OR SCI FA
☐ INTERROGATORIES
☐ EXECUTION • LEVY OR GARNISHEE
☐ OTHER

GARNISHEE: ___
ADDRESS: 1515 Market Street Suite 1210
Philadelphia, PA 19102

MUNICIPALITY or CITY WARD: ___
DATE: 4/17/01   2001
ATTY'S PHONE: 412-650-8820

ATTY: D. Scott Lautner, Esquire
ADDRESS: 68 Old Clairton Rd.
Pittsburgh, PA 15236

$15.00 / $9.00 / $34.00

INDICATE TYPE OF SERVICE: ☐ PERSONAL ☐ PERSON IN CHARGE ☐ DEPUTIZE ☐ CERT. MAIL ☐ POSTED ☐ OTHER ☐ LEVY ☐ SEIZED & STORED

NOW: _____ 19 _____, I, SHERIFF OF ALLEGHENY COUNTY, PA do hereby deputize the Sheriff of _____ County to execute this Writ and make return thereof according to law

NOTE: ONLY APPLICABLE ON WRIT OF EXECUTION: N.B. WAIVER OF WATCHMAN - Any deputy sheriff levying upon or attaching any property under within writ may leave same without a watchman, in custody of whomever is found in possession, after notifying person of levy or attachment, with out liability on the part of such deputy herein for any loss, destruction or removal of any such property before sheriff's sale therof.

| MAKE | MODEL | MOTOR NUMBER | SERIAL NUMBER | LICENSE NUMBER |
|------|-------|--------------|---------------|----------------|
|      |       |              |               |                |

## SHERIFF'S OFFICE USE ONLY

I hearby CERTIFY and RETURN that on the _____ day of _____, 19 _____ at _____ o'clock, A.M./P.M. Address Above/ Address Below, County of Allegheny, Pennsylvania

I have served in the manner Described below: ___
☐ Defendant(s) personally served.
☐ Adult family member with whom said Defendant(s) reside(s). Name & Relationship ___
☐ Adult in charge of Defendant's residence who refused to give name or relationship.
☐ Manager/other person authorized to accept deliveries of United States Mail ___
☐ Agent or person in charge of Defendant(s) office or usual place of business.

☐ Other ___
☐ Property Posted ___
Defendant not found because: ☐ Moved ☐ Unknown ☐ No Answer ☐ Vacant ☐ Other ___
☐ Certified Mail ☐ Receipt ___ ☐ Envelope Returned ___ ☐ Neither receipt or envelope retuned: writ expired
☐ Regular Mail   Why ___

You are hereby notified that on _____, 19 _____, levy was made in the case of ___
Possession/Sale has been set for _____ 19 _____ at _____ o'clock
**YOU MUST CALL DEPUTY ON THE MORNING OF SALE/POSSESSION BETWEEN 8:30 - 9:30 A.M.**
ATTEMPTS ___ / ___ / ___

Additional Costs Due $ ___ This is placed on writ when returned to Prothonotary. Please check before satisfying case.

**PETER R. DEFAZIO, Sheriff**
BY: _____ (DEPUTY)

**White Copy - Sheriff**    **Pink Copy - Attorney**    DISTRICT: ___